court below was invoked under 42 U.S. C.A. § 1983. The claim for relief was based upon the allegation that the enforcement of the regulations deprived the appellant of rights secured by the Constitution. This allegation is clearly without merit. We find that the regulations are reasonable and their enforcement can in no way interfere with the appellant's federal rights.

The judgment of the court below will be affirmed.

Frank PHELAN, Appellant,

v.

Arthur T. PRASSE, Commissioner of Correction of the Commonwealth of Pennsylvania, and Alfred T. Rundle, Superintendent, State Correctional Institution, Philadelphia, Pennsylvania.

No. 16049.

United States Court of Appeals Third Circuit.

Submitted Dec. 2, 1966.

Decided Dec. 14, 1966.

Frank Phelan, pro se.

Michael J. Rotko, Arlen Specter, Dist. Atty., Philadelphia, Pa. (Alan J. Davis, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, Pa., on the brief), for appellees.

Before SMITH, FREEDMAN and SEITZ, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This appeal is from the dismissal of a civil action in which the appellant, an inmate of a state correctional institution, sought to enjoin the enforcement of certain regulations. The jurisdiction of the

Darlene ZORN et al., Appellants,

v.

AETNA LIFE INSURANCE COMPANY, Appellee.

No. 23568.

United States Court of Appeals Fifth Circuit.

Dec. 2, 1966.

Denning Schattman, Spurlock & Schattman, Fort Worth, Tex., for appellants.

Pinkney Grissom, George C. Chapman, Dallas, Tex., Thompson, Knight, Simmons & Bullion, Dallas, Tex., of counsel, for appellee.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM:

The facts in the case on appeal and the conclusions reached by the district court are set forth in its opinion. Zorn v. Aetna Life Insurance Company, 260 F.Supp. 730. We are in agreement with the decision of the district court. Its judgment is

Affirmed.